```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 1 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Ana Beatriz Lontra Jobim,
Maria Luiza Helena Lontra Jobim,              :
Paulo Hermanny Jobim, and
Elizabeth Hermanny Jobim,                     :        05 Civ. 3527 (PAC)

        Plaintiffs,                          :        ORDER

    -against-                                    :

Songs of Universal, Inc.,                     :

        Defendant.                            :

------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record at oral argument on March 20, 2008, Defendant's motion for summary judgment is DENIED. The Clerk of Court is directed to terminate the motion.

Dated: New York, New York
       March 20, 2008

SO ORDERED

*[signature]*
PAUL A. CROTTY
United States District Judge

1