```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/09
```

# JENNER & BLOCK

January 6, 2009

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212-891-1600
www.jenner.com

Chicago
New York
Washington, DC

**VIA FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

Andrew H. Bart
Tel 212 891-1645
Fax 212 891-1699
abart@jenner.com

*Re: Ana Beatriz Lontra Jobim, et al. v. Songs of Universal, Case No. 05cv3527;*
*V.M. Producoes, et al. v. Songs of Universal, Case No. 06cv6407*

Dear Judge Crotty:

**MEMO ENDORSED**

I am writing on behalf of all parties in the two above-referenced matters to request a brief extension of the current deadline to complete all fact discovery. The parties have encountered difficulties in concluding the depositions of the two remaining third-party witnesses due to the holidays and various scheduling conflicts. All parties expect that these last two depositions will be concluded during the month of January. Given these facts, all parties request an extension of the current discovery deadline from December 31, 2008 to January 30, 2009.

Respectfully submitted,

*Andrew H Bart*

Andrew H. Bart

AHB:ab
cc: John Rosenberg, Esq. *(via facsimile)*
    Arthur Lehman, Esq. *(via facsimile)*
    Matthew Giger, Esq. *(via facsimile)*

SO ORDERED: 1/7/09

*Paul Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

23027.1

TOTAL P.02