UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x

ANA BEATRIZ LONTRA JOBIM,
MARIA LUIZA HELENA LONTRA
JOBIM, PAULO HERMANNY JOBIM
and ELIZABETH HERMANNY JOBIM,

    Plaintiffs,

  - against -

SONGS OF UNIVERSAL, INC.,

    Defendant.
---------------------------------------------------x

Case No. 05 Civ. 3527 (PAC)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this action for plaintiffs.  I certify that I am admitted to practice in this Court.

Dated: January 16, 2015
    New York, New York

ROSENBERG & GIGER P.C.

By: _____
Brett T. Perala
250 Park Avenue, 12th Floor
New York, New York 10177
Tel  (646) 494-5000