919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908

JENNER&BLOCK LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 22, 2017
```

June 20, 2017

Andrew H. Bart
Tel  212 891-1645
Fax 212 909-0805
abart@jenner.com

**VIA ECF**

SO ORDERED:

/s/ Paul A. Crotty  6/22/2017

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

Re:   *Jobim, et al. v. Songs of Universal, Inc., et al.*, 05 Civ. 3527, Update on Settlement Discussions

Dear Judge Crotty,

    We are counsel for defendant Songs of Universal, Inc. ("Defendant") in the above-referenced action.  I write on behalf of both Defendant and Plaintiffs to report the status of the parties' settlement discussions.

    The parties continue to engage in constructive dialogue about settlement discussions. Counsel for both parties continue to confer on the few issues that remain on the draft term sheet before the parties can finalize a settlement.  Accordingly, we respectfully request the Court's approval to continue the parties' settlement negotiations and report back to the Court concerning the status of the negotiations by August 4, 2017.

    We appreciate the Court's continuing support of the parties' attempts to settle this matter.

Respectfully submitted,

/s/ Andrew H. Bart

Andrew H. Bart

cc:   All Counsel (By ECF)