```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOBIM, et al.                                                     :
                                                                  :
                         Plaintiffs,                              :
                                                                  :            5-cv-3527 (LJL)
        -v-                                                       :
                                                                  :               ORDER
UNIVERSAL STUDIOS, Inc., et al.                                   :
                                                                  :
                         Defendant.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2020

LEWIS J. LIMAN, United States District Judge:

On July 13, 2018, the parties informed the Court that a settlement in principle had been reached but requested that the case remain open. The parties indicated that they would file a status report by August 31, 2018. No report was ever filed.

It is ORDERED that within 30 days of this Order, the parties shall inform the Court of whether this case has been settled. If the case has not been settled, the Court will schedule a status conference to determine how the parties intend to proceed with litigation.

SO ORDERED.

Dated: July 22, 2020
       New York, New York                    _____
                                                      LEWIS J. LIMAN
                                                United States District Judge