01/06/2022
SO ORDERED.

LEWIS J. LIMAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ANA BEATRIZ LONTRA JOBIM,
MARIA LUIZA HELENA LONTRA
JOBIM, PAULO HERMANNY JOBIM
and ELIZABETH HERMANNY JOBIM,

          Plaintiffs,

  - against -

SONGS OF UNIVERSAL, INC.,

          Defendant.
-------------------------------------------------------x

Case No. 05 Civ. 3527 (LJL)

**STIPULATION OF DISMISSAL**

The parties to this action, through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate and agree that the within action, and all claims and counterclaims that were or could have been asserted therein, however designated, shall be, and the same hereby are, dismissed with prejudice and without costs or fees to any party, the parties waiving all rights of appeal.

Dated: New York, New York
       January 3, 2022

**ROSENBERG, GIGER & PERALA P.C.**

By: _____
John J. Rosenberg
Carnegie Hall Tower
152 West 57th Street, 18th Floor
New York, NY 10019
Jrosenberg@rglawpc.com
(646) 494-5011

*Attorneys for Plaintiffs*

**JENNER & BLOCK LLP**

By: _____
Andrew H. Bart
919 Third Avenue
New York, NY 10022-3902
Abart@jenner.com
(212) 891-1645

*Attorneys for Defendant*